## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Western Division

Implantable Provider Group, Inc.

                                    Plaintiff,

v.                                                      Case No.: 3:15–cv–50079
                                                        Honorable Frederick J. Kapala

Claims Recovery Company, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2015:

        MINUTE entry before the Honorable Frederick J. Kapala: Plaintiff's motion to voluntarily dismiss this case without prejudice [22] is granted. This case is taken off Magistrate Johnston's October 8, 2015 court call. All court dates are canceled and any pending motions are now moot. Civil case terminated. Electronic notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.